# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

MICHAEL A. COOPERIDER            CIVIL ACTION

                                                                             NO. 08-2263

VERSUS

CHRISTOPHER DAVID STEWART, ET AL.            SECTION M

## ORDER

Before the Court is Defendant Allstate Insurance Company's Motion for Summary Judgment which came for hearing on December, 10, 2008, on the briefs. The motion is unopposed and appears meritorious.

Accordingly, the Motion is **GRANTED.** The case is **DISMISSED**, each party to bear their own costs.

New Orleans, Louisiana, this 12th day of January, 2009.

                                                               Peter Beer
                                            United States District Court